# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00574-CV

**Dynacq International, Inc., Appellant**

**v.**

**Jack Hamilton and John Does, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
## NO. GN202048, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

On November 7, 2002, appellant filed an unopposed motion to dismiss this cause. The appellant has informed this Court that it no longer desires to prosecute this appeal. Accordingly, we will grant appellant=s motion and dismiss this appeal.

_____

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: December 5, 2002

Do Not Publish